

# Fourth Court of Appeals
## San Antonio, Texas

September 19, 2014

No. 04-14-00579-CV

Jay Kay **BEAR**, Ltd. and John M. Killian,
Appellants

v.

Patty **MARTIN**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-11890
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

The reporter's record was due on September 17, 2014.  *See* TEX. R. APP. P. 35.1(a).  On September 16, 2014, court reporter Mary Helen Vargas filed a notification of late reporter's record.  It stated Appellant has not paid for the record and is not entitled to appeal without paying the reporter's fee.

We ORDER Appellant to provide written proof to this court within TEN DAYS of the date of this order that (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee, or (2) Appellant is entitled to appeal without paying the reporter's fee.  If Appellant fails to respond within the time provided, Appellant must file a brief with this court within THIRTY DAYS from the date of this order, and the court will only "consider and decide those issues or points [raised in Appellant's brief] that do not require a reporter's record for a decision."  *See id.* R. 37.3(c).

If Appellant timely complies with this order, the reporter's record will be due not later than THIRTY DAYS from the date Appellant files written proof showing compliance with this order.  *See id.* R. 35.3(c) (limiting an extension of time to file the record to thirty days).

If the reporter's record is not filed with this court as ordered above, any requests for additional time to file the record must be accompanied by a signed, written status report.  The report must describe the transcript by day with the date, description, page counts, and remarks for each day.  The page counts must include the total number of pages, the number of pages

edited, proofread, and formatted into the required electronic form (including bookmarks). The report may describe any unusual aspects of the record. The report must describe any problems the court reporter reasonably believes may delay the completion of the record beyond the requested date. A preferred form for the status report, with an accompanying example, is attached to this order.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of September, 2014.

Keith E. Hottle
Clerk of Court